UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**WILLIAM ROBERT BROWN**,

Petitioner,

v.

**STATE OF OREGON,** et al.,

Respondent.

Civil Case No. 3:12-CV-02005-KI

JUDGMENT

Thomas J. Hester
Assistant Federal Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204

    Attorney for Petitioner

Ellen F. Rosenblum
Attorney General

Page 1 - JUDGMENT

Nick M. Kallstrom
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

   Attorneys for Respondent

KING, Judge:

The petitioner's amended petition [8] is denied.  This proceeding is dismissed with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

   Dated this      5th      day of November, 2014.

                            /s/ Garr M. King
                            Garr M. King
                            United States District Judge